Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
   Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: 4ACCESS COMMUNICATIONS COMPANY | § | Case No. 11-07394 |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 24, 2011.  The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $         42,152.40

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 3,034.78 |
| Administrative expenses | 4,468.98 |
| Bank service fees | 2,163.64 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 638.88 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 31,846.12 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/03/2011 and the deadline for filing governmental claims was 08/23/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,608.85. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $4,608.85, for a total compensation of $4,608.85.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/02/2014        By: /s/Ira Bodenstein
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-07394  
**Case Name:** 4ACCESS COMMUNICATIONS COMPANY  

**Period Ending:** 04/02/14

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 02/24/11 (f)  
**§341(a) Meeting Date:** 04/08/11  
**Claims Bar Date:** 08/03/11

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1  Cash<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 5,150.00 | 5,150.00 | | 10,510.72 | FA |
| 2  Deposit at Plexus for inventory (may include non<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 454,787.63 | 454,787.63 | | 0.00 | FA |
| 3  Security deposit for lease with One North Lasall<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 5,192.00 | 5,192.00 | | 0.00 | FA |
| 4  First Insurance Funding Corp., 450 Skokie Blvd.,<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 3,850.00 | 3,850.00 | | 0.00 | FA |
| 5  Accts receiveable schedule attached to petition.<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 19,985.04 | 19,985.04 | | 6,130.77 | FA |
| 6  Patents, copyrights and other intellectual prope<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 7  Office equipment, furnishings and supplies<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 40,000.00 | 40,000.00 | | 9,249.80 | FA |
| 8  inventory of 5 new Orion terminals and 5 refurbi<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 3,750.00 | 3,750.00 | | 0.00 | FA |
| 9  Bank of America Closed Account flexible spending  (u) | 0.00 | 0.00 | | 3,119.10 | FA |
| 10  State of California overpayment refund  (u) | 0.00 | 0.00 | | 67.77 | FA |
| 11  rental refund  (u) | 0.00 | 0.00 | | 71.87 | FA |
| 12  Chinese inventory  (u) | 0.00 | 0.00 | | 13,000.00 | FA |
| Int  INTEREST  (u) | Unknown | N/A | | 2.37 | Unknown |
| 13  **Assets  Totals** (Excluding unknown values) | **$532,714.67** | **$532,714.67** | | **$42,152.40** | **$0.00** |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-07394  
**Case Name:** 4ACCESS COMMUNICATIONS COMPANY  

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 02/24/11 (f)  
**§341(a) Meeting Date:** 04/08/11  

**Period Ending:** 04/02/14  

**Claims Bar Date:** 08/03/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

    Closing out 401K plan and filing final return.

**Initial Projected Date Of Final Report (TFR):**     June 30, 2012      **Current Projected Date Of Final Report (TFR):**     June 30, 2014

Printed: 04/02/2014 11:34 AM      V.13.14

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-07394 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | 4ACCESS COMMUNICATIONS COMPANY | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******10-65 - Checking Account |
| Taxpayer ID #: | **-***9236 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/02/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/10/11 | {5} | Orion Payment Systems, Inc | account receivable | 1121-000 | 22.00 | | 22.00 |
| 03/10/11 | {5} | Integrity Payment Systems | account receivable | 1121-000 | 33.00 | | 55.00 |
| 03/10/11 | {5} | Checkredi,AL | account receivable | 1121-000 | 35.50 | | 90.50 |
| 03/10/11 | {5} | EZ Check | account receivable | 1121-000 | 411.23 | | 501.73 |
| 03/10/11 | {5} | Cross Check, Inc | account receivable | 1121-000 | 427.62 | | 929.35 |
| 03/10/11 | {5} | Guardian/Metonova LLC | account receivable | 1121-000 | 2,361.42 | | 3,290.77 |
| 03/10/11 | {1} | Bank of America N.A. | Closed Bank Account | 1129-000 | 10,510.72 | | 13,801.49 |
| 03/23/11 | {5} | Transaction Technologies LLC | pre-petition account receivable | 1121-000 | 3.43 | | 13,804.92 |
| 03/23/11 | {5} | NPC | pre-petition account receivable | 1121-000 | 656.00 | | 14,460.92 |
| 03/23/11 | {5} | Fidelity Information Services | pre-petition account receivable | 1121-000 | 911.58 | | 15,372.50 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.07 | | 15,372.57 |
| 04/25/11 | {10} | State of California | Overpayment refund | 1224-000 | 49.00 | | 15,421.57 |
| 04/25/11 | {9} | Bank of America N.A. | Closed Bank Account | 1290-000 | 585.00 | | 16,006.57 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 16,006.69 |
| 05/13/11 | | McCormack Auction Company | Proceeds from sale of California office furniture and equipment | | 6,324.82 | | 22,331.51 |
| | {7} | | Gross proceeds         9,249.80 | 1129-000 | | | 22,331.51 |
| | | | Cost of sale         -2,000.00 | 2500-000 | | | 22,331.51 |
| | | | Auctioneer fee         -924.98 | 3630-000 | | | 22,331.51 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 22,331.67 |
| 06/01/11 | {5} | Card Ware | account receivable | 1121-000 | 36.00 | | 22,367.67 |
| 06/01/11 | {5} | Card Ware | account receivable | 1121-000 | 36.00 | | 22,403.67 |
| 06/01/11 | {5} | Global E. Telecom Inc. | account receivable pre petition | 1121-000 | 1,182.49 | | 23,586.16 |
| 06/01/11 | {5} | Card Ware | Reversed Deposit 100006 2 account receivable | 1121-000 | -36.00 | | 23,550.16 |
| 06/09/11 | | To Account #9200******1066 | Transfer to pay Chicago Appraisers Association per court order | 9999-000 | | 895.00 | 22,655.16 |
| 06/15/11 | {5} | Card Ware | account receivable pre-petition | 1121-000 | 50.50 | | 22,705.66 |
| 06/20/11 | {10} | State of California | Tax overpayment refund | 1224-000 | 18.77 | | 22,724.43 |
| 06/20/11 | {11} | Ice Mountain Spring Water Company | Refund from Ice Mountain rental | 1290-000 | 71.87 | | 22,796.30 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.18 | | 22,796.48 |
| 07/20/11 | {12} | America II Electronics, Inc | Earnest money deposit on sale of Chinese inventory | 1229-000 | 2,500.00 | | 25,296.48 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.53 | 25,252.95 |
| 08/04/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.19 | | 25,253.14 |
| 08/30/11 | {12} | America II Electronics Inc | Final payment on sale of Chinese inventory | 1229-000 | 10,500.00 | | 35,753.14 |

Subtotals :    $36,691.67    $938.53

{} Asset reference(s)

Printed: 04/02/2014 11:34 AM    V.13.14

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-07394 | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|
| Case Name: | 4ACCESS COMMUNICATIONS COMPANY | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******10-65 - Checking Account |
| Taxpayer ID #: | **-***9236 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/02/14 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.21 | | 35,753.35 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.82 | 35,694.53 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.73 | 35,696.26 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.27 | | 35,696.53 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 73.34 | 35,623.19 |
| 10/21/11 | | To Account #9200******1066 | Transfer to pay PC Rebuilders and One North LaSalle Properties per court orders entered 8/16/11 and 9/27/11 | 9999-000 | | 3,284.78 | 32,338.41 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.28 | | 32,338.69 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 68.96 | 32,269.73 |
| 11/04/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 32,269.74 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.24 | | 32,269.98 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 70.73 | 32,199.25 |
| 12/09/11 | | To Account #9200******1066 | Account Transfer to Pay for Year End W-2's | 9999-000 | | 126.00 | 32,073.25 |
| 12/19/11 | | To Account #9200******1066 | Account Transfer | 9999-000 | | 150.00 | 31,923.25 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.27 | | 31,923.52 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 65.87 | 31,857.65 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.27 | | 31,857.92 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 69.64 | 31,788.28 |
| 02/06/12 | | To Account #9200******1066 | Account Transfer to pay pro-rata portion of 2012 Bond Premium | 9999-000 | | 27.00 | 31,761.28 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.92 | 31,698.36 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.95 | 31,633.41 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.66 | 31,570.75 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 71.16 | 31,499.59 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.39 | 31,437.20 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 68.71 | 31,368.49 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 66.42 | 31,302.07 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.86 | 31,242.21 |
| 10/07/12 | | From Account #9200******1067 | Transfer to close account | 9999-000 | 1,541.82 | | 32,784.03 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 72.73 | 32,711.30 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 67.02 | 32,644.28 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033012988 20121220 | 9999-000 | | 32,644.28 | 0.00 |

Subtotals :        $1,543.37        $37,296.51

{} Asset reference(s)

Printed: 04/02/2014 11:34 AM    V.13.14

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 11-07394 | **Trustee:** Ira Bodenstein (330129) |
| **Case Name:** 4ACCESS COMMUNICATIONS COMPANY | **Bank Name:** The Bank of New York Mellon |
| | **Account:** 9200-******10-65 - Checking Account |
| **Taxpayer ID #:** **-***9236 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 04/02/14 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 38,235.04 | 38,235.04 | $0.00 |
| | | | Less: Bank Transfers | | 1,541.82 | 37,127.06 | |
| | | | **Subtotal** | | 36,693.22 | 1,107.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$36,693.22** | **$1,107.98** | |

{} Asset reference(s)          Printed: 04/02/2014 11:34 AM    V.13.14

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 11-07394  
**Case Name:** 4ACCESS COMMUNICATIONS COMPANY  
**Taxpayer ID #:** **-***9236  
**Period Ending:** 04/02/14  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******10-67 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/21/11 | {9} | Bank of America | Bank of America Closed Flexible Spending Account | 1290-000 | 2,534.10 | | 2,534.10 |
| 04/11/11 | | To Account #9200******1066 | Account Transfer | 9999-000 | | 638.88 | 1,895.22 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,895.23 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,895.24 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,895.25 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 3.50 | 1,891.75 |
| 08/04/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.01 | | 1,891.76 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,891.77 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,866.77 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,866.78 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,841.78 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,841.79 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,816.79 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,816.80 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,791.80 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,791.81 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,766.81 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,766.82 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,741.82 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,716.82 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,691.82 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,666.82 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,641.82 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,616.82 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,591.82 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,566.82 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,541.82 |
| 10/07/12 | | To Account #9200******1065 | Transfer to close account | 9999-000 | | 1,541.82 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 2,534.20 | 2,534.20 | $0.00 |
| Less: Bank Transfers | | 0.00 | 2,180.70 | |
| **Subtotal** | | 2,534.20 | 353.50 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$2,534.20** | **$353.50** | |

{} Asset reference(s)

Printed: 04/02/2014 11:34 AM    V.13.14

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 11-07394  
**Case Name:** 4ACCESS COMMUNICATIONS COMPANY

**Taxpayer ID #:** **-***9236  
**Period Ending:** 04/02/14

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******10-68 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 04/02/2014 11:34 AM    V.13.14

Exhibit B

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

**Case Number:** 11-07394
**Case Name:** 4ACCESS COMMUNICATIONS COMPANY
**Taxpayer ID #:** **-***9236
**Period Ending:** 04/02/14

**Trustee:** Ira Bodenstein (330129)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******10-66 - Checking Account
**Blanket Bond:** $5,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/11/11 | | From Account #9200******1067 | Account Transfer | 9999-000 | 638.88 | | 638.88 |
| 04/11/11 | 101 | Flexible Benefit Service Corporation | Payment for FSA reimbursments | 8500-002 | | 638.88 | 0.00 |
| 06/09/11 | | From Account #9200******1065 | Transfer to pay Chicago Appraisers Association per court order | 9999-000 | 895.00 | | 895.00 |
| 06/09/11 | 102 | Chicago Appraisers Association | Art appraisal fee per court order entered 5/31/2011 | 3991-000 | | 895.00 | 0.00 |
| 10/21/11 | | From Account #9200******1065 | Transfer to pay PC Rebuilders and One North LaSalle Properties per court orders entered 8/16/11 and 9/27/11 | 9999-000 | 3,284.78 | | 3,284.78 |
| 10/21/11 | 103 | PC Rebuilders & Recyclers | Remove computer equipment and clean hard drives per court order 8/16/2011 | 2420-000 | | 250.00 | 3,034.78 |
| 10/21/11 | 104 | One North LaSalle Property, LLC | Compromise Admin Rent per court order 9/27/2011 | 7100-000 | | 3,034.78 | 0.00 |
| 12/09/11 | | From Account #9200******1065 | Account Transfer to Pay for Year End W-2's | 9999-000 | 126.00 | | 126.00 |
| 12/09/11 | 105 | Prime Pay | Year end W-2's Stopped on 12/28/11 | 2990-000 | | 126.00 | 0.00 |
| 12/19/11 | | From Account #9200******1065 | Account Transfer | 9999-000 | 150.00 | | 150.00 |
| 12/21/11 | 106 | Expert Plan ,Inc | 401K Plan Amendment Fee for Termination | 2990-000 | | 150.00 | 0.00 |
| 12/28/11 | 105 | Prime Pay | Year end W-2's Stopped: check issued on 12/09/11 | 2990-000 | | -126.00 | 126.00 |
| 12/29/11 | 107 | Prime Pay | Year End W-2's | 2990-000 | | 126.00 | 0.00 |
| 02/06/12 | | From Account #9200******1065 | Account Transfer to pay pro-rata portion of 2012 Bond Premium | 9999-000 | 27.00 | | 27.00 |
| 02/07/12 | 108 | International Sureties,Ltd | Pro-rata portion of 2012 bond premium | 2300-000 | | 27.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 5,121.66 | 5,121.66 | $0.00 |
| | | | Less: Bank Transfers | | 5,121.66 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **5,121.66** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$5,121.66** | |

{} Asset reference(s)                                                                                                       Printed: 04/02/2014 11:34 AM    V.13.14

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 7

**Case Number:** 11-07394  
**Case Name:** 4ACCESS COMMUNICATIONS COMPANY  
**Taxpayer ID #:** **-***9236  
**Period Ending:** 04/02/14  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 32,644.28 | | 32,644.28 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.70 | 32,600.58 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.57 | 32,549.01 |
| 02/12/13 | 11001 | International Sureties,Ltd | Percentage payment 2013 blanket bond | 2300-000 | | 56.00 | 32,493.01 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.66 | 32,449.35 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.11 | 32,404.24 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.71 | 32,354.53 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.08 | 32,306.45 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.36 | 32,263.09 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.04 | 32,212.05 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.33 | 32,165.72 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.72 | 32,121.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.82 | 32,070.18 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.05 | 32,027.13 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.67 | 31,976.46 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.52 | 31,928.94 |
| 02/04/14 | 11002 | International Sureties,Ltd | Percentage payment 2014 blanket bond | 2300-000 | | 40.00 | 31,888.94 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.82 | 31,846.12 |

| | | | |
|---|---:|---:|---:|
| ACCOUNT TOTALS | | 32,644.28 | 798.16 | $31,846.12 |
| Less: Bank Transfers | | 32,644.28 | 0.00 | |
| Subtotal | | 0.00 | 798.16 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $798.16 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| Checking # 9200-******10-65 | 36,693.22 | 1,107.98 | 0.00 |
| Checking # 9200-******10-67 | 2,534.20 | 353.50 | 0.00 |
| MMA # 9200-******10-68 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******10-66 | 0.00 | 5,121.66 | 0.00 |
| Checking # ******9166 | 0.00 | 798.16 | 31,846.12 |
| | $39,227.42 | $7,381.30 | $31,846.12 |

{} Asset reference(s)

Printed: 04/02/2014 11:34 AM   V.13.14

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 3, 2011

**Case Number:** 11-07394  
**Debtor Name:** 4ACCESS COMMUNICATIONS COMPANY

Page: 1

**Date:** April 2, 2014  
**Time:** 11:34:25 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $4,608.85 | $0.00 | 4,608.85 |
| 200 | Popowcer Katten, Ltd<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601-2124 | Admin Ch. 7 | | $4,596.00 | $0.00 | 4,596.00 |
| 200 | Popowcer Katten, Ltd<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601-2124 | Admin Ch. 7 | | $5.25 | $0.00 | 5.25 |
| 8<br>570 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Priority | | $758.00 | $0.00 | 758.00 |
| 11<br>570 | State of Delaware<br>Division of Corporations,Delaware<br>Division of Corp,401 Federal Street Ste<br>Dover, DE 19901 | Priority | Claim withdrawn on 3/7/2014 | $0.00 | $0.00 | 0.00 |
| 18<br>570 | Florida Department of Revenue<br>Bankruptcy Unit<br>PO Box 6668<br>Taahassee, FL 32314-6668 | Priority | | $9.52 | $0.00 | 9.52 |
| 20P<br>570 | Department of Treasury-Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19114 | Priority | | $314.33 | $0.00 | 314.33 |
| 17S<br>100 | Plexus Corp.<br>c/o Lauren Nachinson, Esq.,Quarles & Brady LLP,300 N. LaSalle Street, Suite 4<br>Chicago, IL 60654 | Secured | Withdrawn on 10/4/2011 | $0.00 | $0.00 | 0.00 |
| 1<br>610 | Aerotek Inc<br>7301 Parkway Drive<br>Hanover, MD 21076 | Unsecured | 0004474883 | $23,520.00 | $0.00 | 23,520.00 |
| 2<br>610 | DRH Strategic Consulting, Inc.<br>6210 E. Cholla Place<br>Paradise Valley, AZ 85253 | Unsecured | | $6,250.00 | $0.00 | 6,250.00 |
| 3<br>610 | NMB Technologices Corp.<br>9730 Independence Ave.<br>Chatsworth, CA 91311 | Unsecured | F044400 | $4,000.00 | $0.00 | 4,000.00 |
| 4<br>610 | Fitch, Even, Tabin & Flannery<br>120 South LaSalle Street, Suite 1600<br>Chicago, IL 60603-3406 | Unsecured | | $1,843.40 | $0.00 | 1,843.40 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 3, 2011

**Case Number:** 11-07394  
**Debtor Name:** 4ACCESS COMMUNICATIONS COMPANY  
Page: 2  
**Date:** April 2, 2014  
**Time:** 11:34:25 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 610 | Sawnee Utilities<br>543 Atlanta Highway<br>Cumming, GA 30040-2701 | Unsecured | 2192660 | $381.79 | $0.00 | 381.79 |
| 6 610 | One North LaSalle Property, LLC<br>P.O. Box 3027<br>Hicksville, NY 11802-3207 | Unsecured | Allowed amount per court order dated 9/27/2011 (Dkt. 35), balance of claim withdrawn on 02/28/2014 | $3,034.78 | $3,034.78 | 0.00 |
| 7 610 | UNITED PARCEL SERVICE<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 4396<br>Timonium, MD 21094 | Unsecured | 00002Y277X | $2,014.62 | $0.00 | 2,014.62 |
| 9 610 | William Niemeyer<br>1449 Nighthawk Pointe<br>Naples, FL 34105 | Unsecured | | $621,942.00 | $0.00 | 621,942.00 |
| 10 610 | Hartford Fire Insurance Company<br>Bankruptcy Unit T 1 55<br>Hartford Plaza<br>Hartford, CT 06115 | Unsecured | 8310765846 | $1,316.00 | $0.00 | 1,316.00 |
| 12 610 | Francis P. Hoffman Trust<br>7577 Forest Beach<br>Watervliet, MI 49098-8304 | Unsecured | | $176,250.00 | $0.00 | 176,250.00 |
| 13 610 | Mark Birringer Trust<br>1447 W. Culver<br>Chicago, IL 60613 | Unsecured | | $25,000.00 | $0.00 | 25,000.00 |
| 14 610 | Georgia Natural Gas<br>P.O. Box 105445<br>Atlanta, GA 30348-5445 | Unsecured | 001747686-1770241 | $766.25 | $0.00 | 766.25 |
| 15 610 | Bansley & Keiner, LLP<br>8745 W Higgins Road<br>Suite 200<br>Chicago, IL 60631 | Unsecured | | $1,975.00 | $0.00 | 1,975.00 |
| 16 610 | Benchmark Law Group<br>4445 Eastgate Mall<br>Suite 200<br>San Diego, CA 92121 | Unsecured | | $37,117.50 | $0.00 | 37,117.50 |
| 17U 610 | Plexus Corp.<br>c/o Lauren Nachinson, Esq.,Quarles & Brady LLP,300 N. LaSalle Street, Suite 4<br>Chicago, IL 60654 | Unsecured | 204343<br>Withdrawn on 10/4/2011 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Levy Family Partners, LLP<br>444 N. Michigan Ave.<br>Chicago, IL 60611 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Ki Tat Industrial Corp.<br>47 Hoi Yuen, Kwun Tong<br>Kowloon, Hong Kong | Unsecured | | $0.00 | $0.00 | 0.00 |

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 3, 2011

**Case Number:** 11-07394  
**Debtor Name:** 4ACCESS COMMUNICATIONS COMPANY

Page: 3

**Date:** April 2, 2014  
**Time:** 11:34:25 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Jones Day<br>77 West Wacker Drive<br>Chicago, IL 60601-1692 | Unsecured | 538902-6000001 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Integrated Excellence<br>3000 Northwoods Parkway165<br>Norcross, GA 30071 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Flexible Benefit Service Corp.<br>10275 W. Higgins Road<br>Suite 500<br>Des Plaines, IL 60018 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | ExpertPlan, Inc.<br>P.O. Box 62221<br>Baltimore, MD 21264 | Unsecured | TAN 2058 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Ice Mountain<br>P.O. Box 628<br>Wilkes Barre, PA 18703 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Jett & Jones<br>P.O. Box 45<br>Santa Ynez, CA 93460 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Jan-Pro Cleaning Systems<br>3377 Carmel Mountain Road<br>Suite 200<br>San Diego, CA 92121 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | San Diego Gas & Electric<br>8326 Century Park Court<br>San Diego, CA 92123 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Woodland Financial Group<br>701 Harger Road<br>Oak Brook, IL 60523 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Village Property Holdings<br>Road, Suite 102<br>Alpharetta, GA 30005 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | XO Communications<br>8871 Sandy Parkway<br>Sandy, UT 84070 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Val Popescu<br>P.O. Box 559<br>Rancho Santa Fe, CA 92067 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | XO Interactive<br>P.O. Box 970205<br>Dallas, TX 75397-0205 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Tina Ste Marie<br>3359 Mansfield Lane<br>Snellville, GA 30039 | Unsecured | | $0.00 | $0.00 | 0.00 |

# **E X H I B I T   C**
## **ANALYSIS OF CLAIMS REGISTER**

**Claims Bar Date:** August 3, 2011

**Case Number:** 11-07394  
**Debtor Name:** 4ACCESS COMMUNICATIONS COMPANY

Page: 4

**Date:** April 2, 2014  
**Time:** 11:34:25 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Expeditors International<br>1470 Exposition Way<br>Suite 110<br>San Diego, CA 92154 | Unsecured | 13804860 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Pure Flo Water<br>7737 Mission Gorge Road<br>Santee, CA 92071 | Unsecured | 1800683 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Steven Davis<br>2050 North Mohawk<br>Chicago, IL 60614 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Nardi Investments<br>414 N. Orleans Street<br>Suite 310<br>Chicago, IL 60610 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Test Equity<br>Moorpark, CA 93021 | Unsecured | 8310765846 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Kentucky Secretary of State<br>700 Capitol Avenue<br>Room 74<br>Frankfort, KY 40601 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Dell Financial Services, LP One Dell Way<br>Round Rock, TX 78682 | Unsecured | 003-8121927-002 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | AT&T<br>P.O. Box 105068<br>Atlanta, GA 30348-5068 | Unsecured | 1312886958395 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Illinois Secretary of State<br>213 State Capitol<br>Springfield, IL 62756 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | AT&T<br>P.O. Box 105262<br>Atlanta, GA 30348-5262 | Unsecured | 77041018601691880 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | CORT SD<br>5432 West Chester Road<br>West Chester, OH 45069 | Unsecured | 118661 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | AT&T<br>P.O. Box 8100<br>Aurora, IL 60507 | Unsecured | 31222303084172 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Craig Duchossois Revocable Trust<br>845 Larch Ave.<br>Elmhurst, IL 60126-1196 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | ARRK Product development<br>8880 Renco Rd.<br>San Diego, CA 92121 | Unsecured | C001179 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 3, 2011

**Case Number:** 11-07394　　　　　　　　　　　Page: 5　　　　　　　　　**Date:** April 2, 2014
**Debtor Name:** 4ACCESS COMMUNICATIONS COMPANY　　　　　　　　　　　**Time:** 11:34:25 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 19 620 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Unsecured | | $823.58 | $0.00 | 823.58 |
| 20U 620 | Department of Treasury-Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19114 | Unsecured | | $29.06 | $0.00 | 29.06 |
| **<< Totals >>** | | | | 916,555.93 | 3,034.78 | 913,521.15 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-07394
Case Name: 4ACCESS COMMUNICATIONS COMPANY
Trustee Name: Ira Bodenstein

**Balance on hand:** $ 31,846.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 31,846.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 4,608.85 | 0.00 | 4,608.85 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd | 4,596.00 | 0.00 | 4,596.00 |
| Accountant for Trustee, Expenses - Popowcer Katten, Ltd | 5.25 | 0.00 | 5.25 |

Total to be paid for chapter 7 administration expenses: $ 9,210.10
Remaining balance: $ 22,636.02

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 22,636.02

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,081.85 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Franchise Tax Board | 758.00 | 0.00 | 758.00 |
| 18 | Florida Department of Revenue | 9.52 | 0.00 | 9.52 |
| 20P | Department of Treasury-Internal Revenue Service | 314.33 | 0.00 | 314.33 |

**UST Form 101-7-TFR (05/1/2011)**

|  |  |  | Total to be paid for priority claims: | $ 1,081.85 |
|---|---|---|---|---|
|  |  |  | Remaining balance: | $ 21,554.17 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 905,411.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Aerotek Inc | 23,520.00 | 0.00 | 561.81 |
| 2 | DRH Strategic Consulting, Inc. | 6,250.00 | 0.00 | 149.29 |
| 3 | NMB Technologices Corp. | 4,000.00 | 0.00 | 95.54 |
| 4 | Fitch, Even, Tabin & Flannery | 1,843.40 | 0.00 | 44.03 |
| 5 | Sawnee Utilities | 381.79 | 0.00 | 9.12 |
| 6 | One North LaSalle Property, LLC | 3,034.78 | 3,034.78 | 0.00 |
| 7 | UNITED PARCEL SERVICE | 2,014.62 | 0.00 | 48.12 |
| 9 | William Niemeyer | 621,942.00 | 0.00 | 14,855.71 |
| 10 | Hartford Fire Insurance Company | 1,316.00 | 0.00 | 31.43 |
| 12 | Francis P. Hoffman Trust | 176,250.00 | 0.00 | 4,209.91 |
| 13 | Mark Birringer Trust | 25,000.00 | 0.00 | 597.15 |
| 14 | Georgia Natural Gas | 766.25 | 0.00 | 18.30 |
| 15 | Bansley & Keiner, LLP | 1,975.00 | 0.00 | 47.17 |
| 16 | Benchmark Law Group | 37,117.50 | 0.00 | 886.59 |
|  | Total to be paid for timely general unsecured claims: |  | $ | 21,554.17 |
|  | Remaining balance: |  | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 852.64 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 19 | Franchise Tax Board | 823.58 | 0.00 | 0.00 |
| 20U | Department of Treasury-Internal Revenue Service | 29.06 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**