| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | EUGENE R. WEDOFF |
| Shaw Fishman | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | | |
| Chicago, IL 60654 | Hearing Date: | 05/07/2014 |
| (312) 666-2861 | Hearing Time: | 10:00 a.m. |
| Chapter 7 Trustee | | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re:   4ACCESS COMMUNICATIONS    §   Case No. 11-07394
             COMPANY                §
                                    §
Debtor(s)                           §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on 05/07/2014 in Courtroom 744, United States Courthouse, 219 South Dearborn Street Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 04/08/2014    By:    Ira Bodenstein
Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 666-2861

UST Form 101-7-NFR (10/1/2010)

| | | |
|---|---|---|
| Ira Bodenstein | The Honorable: | EUGENE R. WEDOFF |
| Shaw Fishman | Chapter  7 | |
| 321 N. Clark St., Ste. 800 | Location: | |
| Chicago, IL  60654 | Hearing Date: | / / |
| (312) 666-2861 | Hearing Time: | |
| Chapter 7 Trustee | Response Date: | / / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: 4ACCESS COMMUNICATIONS COMPANY     §     Case No. 11-07394
                                          §
                                          §
Debtor(s)                                 §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*         $    42,152.40

*and approved disbursements of*              $    10,306.28

*leaving a balance on hand of* [1]           $    31,846.12

**Balance on hand:**                         $    31,846.12

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $         0.00
Remaining balance:                        $    31,846.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 4,608.85 | 0.00 | 4,608.85 |
| Accountant for Trustee, Fees - Popowcer Katten, Ltd | 4,596.00 | 0.00 | 4,596.00 |
| Accountant for Trustee, Expenses - Popowcer Katten, Ltd | 5.25 | 0.00 | 5.25 |

Total to be paid for chapter 7 administration expenses:    $     9,210.10
Remaining balance:                                         $    22,636.02

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 22,636.02 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,081.85 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | Franchise Tax Board | 758.00 | 0.00 | 758.00 |
| 18 | Florida Department of Revenue | 9.52 | 0.00 | 9.52 |
| 20P | Department of Treasury-Internal Revenue Service | 314.33 | 0.00 | 314.33 |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 1,081.85 |
| Remaining balance: | $ | 21,554.17 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 905,411.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Aerotek Inc | 23,520.00 | 0.00 | 561.81 |
| 2 | DRH Strategic Consulting, Inc. | 6,250.00 | 0.00 | 149.29 |
| 3 | NMB Technologices Corp. | 4,000.00 | 0.00 | 95.54 |
| 4 | Fitch, Even, Tabin & Flannery | 1,843.40 | 0.00 | 44.03 |
| 5 | Sawnee Utilities | 381.79 | 0.00 | 9.12 |
| 6 | One North LaSalle Property, LLC | 3,034.78 | 3,034.78 | 0.00 |
| 7 | UNITED PARCEL SERVICE | 2,014.62 | 0.00 | 48.12 |
| 9 | William Niemeyer | 621,942.00 | 0.00 | 14,855.71 |

UST Form 101-7-NFR (10/1/2010)

| 10 | Hartford Fire Insurance Company | | 0.00 | 31.43 |
|----|---------------------------------|---------|------|--------|
| 12 | Francis P. Hoffman Trust | 176,250.00 | 0.00 | 4,209.91 |
| 13 | Mark Birringer Trust | 25,000.00 | 0.00 | 597.15 |
| 14 | Georgia Natural Gas | 766.25 | 0.00 | 18.30 |
| 15 | Bansley & Keiner, LLP | 1,975.00 | 0.00 | 47.17 |
| 16 | Benchmark Law Group | 37,117.50 | 0.00 | 886.59 |

Total to be paid for timely general unsecured claims: $ 21,554.17
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 852.64 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| 19 | Franchise Tax Board | 823.58 | 0.00 | 0.00 |
| 20U | Department of Treasury-Internal Revenue Service | 29.06 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|------------------------|--------------------------|------------------|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/Ira Bodenstein
                                                    Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-07394-ERW
4Access Communications Company                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez           Page 1 of 2            Date Rcvd: Apr 09, 2014
                              Form ID: pdf006         Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2014.
```
db          #+4Access Communications Company,    One North LaSalle Street, Suite 2015,   Chicago, IL 60602-3968
16864999     ARRK Product development,    8880 Renco Rd.,    San Diego, CA 92121
16864998    +Aerotek Inc,    7301 Parkway Drive,    Hanover, MD 21076-1108,    Attn Julie Hassenplug
17221846    +Bansley & Keiner, LLP,    8745 W Higgins Road,    Suite 200,    Chicago, IL 60631-2784
16865005    +CORT SD,    5432 West Chester Road,    West Chester, OH 45069-2950
16865004    +CORT San Diego,    5432 West Chester Road,    West Chester, OH 45069-2950
17221847    +California Secretary of State,    1500 11th Street,    Sacramento, CA 95814-5701
16865006     Craig Duchossois Revocable Trust,    845 Larch Ave.,    Elmhurst, IL 60126-1196
16865007   ++DELL FINANCIAL SERVICES,     P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services, L.P.,    One Dell Way,   Round Rock, TX 78682)
16865009    +DRH Strategic Consulting, Inc.,    6210 E. Cholla Place,    Paradise Valley, AZ 85253-3028
16865010    +Expeditors International,    1470 Exposition Way,    Suite 110,    San Diego, CA 92154-6659
16865011    +ExpertPlan, Inc.,    P.O. Box 62221,    Baltimore, MD 21264-2221
16865012     Fitch, Even, Tabin & Flannery,    120 South LaSalle Street, Suite 1600,    Chicago, IL 60603-3406
16865013    +Flexible Benefit Service Corp.,    10275 W. Higgins Road,    Suite 500,
              Des Plaines, IL 60018-3887
17959864     Florida Department of Revenue,    Bankruptcy Unit,    PO Box 6668,    Taahassee, FL 32314-6668
17504150     Franchise Tax Board,    Bankruptcy Section MS A340,    PO Box 2952,    Sacramento, CA 95812-2952
16865014     Francis P. Hoffman Trust,    7577 Forest Beach,    Watervliet, MI 49098-8304
17556451     Hartford Fire Insurance Company,    Bankruptcy Unit T 1 55,    Hartford Plaza,   Hartford, CT 06115
16865016    +Ice Mountain,    P.O. Box 628,    Wilkes Barre, PA 18703-0628
17221849    +Illinois Secretary of State,    213 State Capitol,    Springfield, IL 62756-0001
16865017    +Integrated Excellence,    3000 Northwoods Parkway,    165,    Norcross, GA 30071-1545
16865018   #+Jan-Pro Cleaning Systems,    3377 Carmel Mountain Road,    Suite 200,    San Diego, CA 92121-1049
16865019    +Jett & Jones,    P.O. Box 45,    Santa Ynez, CA 93460-0045
16865020     Jones Day,    77 West Wacker Drive,    Chicago, IL 60601-1692
17221850    +Kentucky Secretary of State,    700 Capital Avenue,    Room 74,    Frankfort, KY 40601-3415
16865021     Ki Tat Industrial Corp.,    47 Hoi Yuen, Kwun Tong,    Kowloon, Hong Kong
16865022    +Levy Family Partners, LLP,    444 N. Michigan Ave.,    Chicago, IL 60611-3902
16865023    +Mark Birringer Trust,    1447 W. Culver,    Chicago, IL 60613-1917
16865025    +NMB Technologies Corp.,    9730 Independence Ave.,    Chatsworth, CA 91311-4323
16865024    +Nardi Investments,    414 N. Orleans Street,    Suite 310,    Chicago, IL 60654-4460
16865026    +One North LaSalle Property, LLC,    P.O. Box 3027,    Hicksville, NY 11802-3027
16865027    +Plexus China Sourcing Office,    55 Jewelers Park Drive,    Neenah, WI 54956-3768
17622711    +Plexus Corp.,    c/o Lauren Nachinson, Esq.,    Quarles & Brady LLP,
              300 N. LaSalle Street, Suite 4000,    Chicago, IL 60654-5427
16865028    +Pure Flo Water,    7737 Mission Gorge Road,    Santee, CA 92071-3399
16865029    +San Diego Gas & Electric,    8326 Century Park Court,    San Diego, CA 92123-1576
16865030     Sawnee Utilities,    543 Atlanta Highway,    Cumming, GA 30040-2701
17571495    +State of Delaware,    Division of Corporations,    Delaware Division of Corp,
              401 Federal Street Ste 4,    Dover, DE 19901-3639
16865031    +Steven Davis,    2050 North Mohawk,    Chicago, IL 60614-4535
16865033    +Test Equity,    6100 Condor Drive,    Moorpark, CA 93021-2608
16865032     Test Equity,    Moorpark, CA 93021
16865034     The Hartford Insurance Group,    P.O. Box 2907,    Hartford, CT 06104-2907
16865035    +Tina Ste Marie,    3359 Mansfield Lane,    Snellville, GA 30039-4674
17442418    +UNITED PARCEL SERVICE,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 4396,
              Timonium, Maryland 21094-4396
16865036    +UPS,    1400 S. Jefferson Street,    Chicago, IL 60607-5115
16865037     Val Popescu,    P.O. Box 559,    Rancho Santa Fe, CA 92067
16865039    +Village Property Holdings,    5450 McGinnis Village Rd.,    Suite 102,    Alpharetta, GA 30005-1743
16865038     Village Property Holdings,    Road, Suite 102,    Alpharetta, GA 30005
16865040   #+William Niemeyer,    1449 Nighthawk Pointe,    Naples, FL 34105-2789
16865041    +Woodland Financial Group,    701 Harger Road,    Oak Brook, IL 60523-1490
16865042    +XO Communications,    8871 Sandy Parkway,    Sandy, UT 84070-6428
16865043     XO Interactive,    P.O. Box 970205,    Dallas, TX 75397-0205
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16865000    +E-mail/Text: g17768@att.com Apr 10 2014 01:11:28      AT&T,    P.O. Box 8100,
              Aurora, IL 60507-8100
16865002     E-mail/Text: g17768@att.com Apr 10 2014 01:11:28      AT&T,    P.O. Box 105068,
              Atlanta, GA 30348-5068
16865001     E-mail/Text: g17768@att.com Apr 10 2014 01:11:28      AT&T,    P.O. Box 105262,
              Atlanta, GA 30348-5262
17221848    +E-mail/Text: DOSDOC_BANKRUPTCY@STATE.DE.US Apr 10 2014 01:14:12       Delaware Secretary of State,
              401 Federal street,    Suite 4,    Dover, DE 19901-3639
19416928    +E-mail/Text: cio.bncmail@irs.gov Apr 10 2014 01:11:45
              Department of Treasury-Internal Revenue Service,    PO BOX 7346,    Philadelphia, PA 19101-7346
16865015     E-mail/Text: BANKRUPTCY@SOUTHSTARENERGY.COM Apr 10 2014 01:12:51       Georgia Natural Gas,
              P.O. Box 105445,    Atlanta, GA 30348-5445
                                                                                               TOTAL: 6
```

```
District/off: 0752-1              User: bchavez                Page 2 of 2                  Date Rcvd: Apr 09, 2014
                                  Form ID: pdf006              Total Noticed: 57

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16865008*   ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services, LP,    One Dell Way,    Round Rock, TX 78682)
16865003    ##+Benchmark Law Group,    4445 Eastgate Mall,    Suite 200,    San Diego, CA 92121-1979
                                                                                           TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2014                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2014 at the address(es) listed below:
              Ira Bodenstein    on behalf of Debtor    4Access Communications Company
               ibodenstein@shawfishman.com, cowens@shawfishman.com
              Ira Bodenstein    on behalf of Trustee Ira   Bodenstein ibodenstein@shawfishman.com,
               cowens@shawfishman.com
              Ira Bodenstein    iratrustee@shawfishman.com,    IL29@ecfcbis.com;cowens@shawfishman.com
              Jeffrey D Corso    on behalf of Debtor    4Access Communications Company jcorso@cooneycorso.com
              Lauren N. Beslow    on behalf of Creditor    Plexus Corp. Lauren.Beslow@quarles.com,
               Faye.Feinstein@quarles.com
              Marylynne K Schwartz    on behalf of Trustee Ira   Bodenstein mschwartz@shawgussis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    on behalf of Trustee Ira   Bodenstein rfogel@shawfishman.com
                                                                                             TOTAL: 8
```