## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| 4ACCESS COMMUNICATIONS | ) | Case No. 11-07394 |
| COMPANY, | ) | |
| | ) | Honorable Eugene R. Wedoff |
| Debtor. | ) | |
| | ) | Hearing Date:  June 3, 2014 |
| | ) | Hearing Time: 10:00 a.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on June 3, 2014 **at 10:00 a.m.,** or as soon as counsel may be heard, I shall appear before the Honorable Eugene R. Wedoff, in Room 744 in the U.S. Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead, and shall then and there present the **Notice of Trustee's Motion to Approve Final Report, Approve and Authorize Payment of Trustee Fee and Authorize Distributions to Creditors,** a copy of which is hereby served upon you.

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

> Ira Bodenstein (#3126857)
> Shaw Fishman Glantz & Towbin LLC
> 321 North Clark Street, Suite 800
> Chicago, IL  60654
> (312) 541-0151

## CERTIFICATE OF SERVICE

Ira Bodenstein certifies that he caused to be served a true copy of the above and foregoing **Notice** and **Motion** upon the attached in the manner so indicated on this 13th day of May, 2014.

> /s/ Ira Bodenstein

Service List

## *Mailing Information for Case 11-07394*

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Lauren N. Beslow     Lauren.Beslow@quarles.com, Faye.Feinstein@quarles.com

- Ira Bodenstein     iratrustee@shawfishman.com, IL29@ecfcbis.com;cowens@shawfishman.com

- Ira Bodenstein     ibodenstein@shawfishman.com, cowens@shawfishman.com

- Jeffrey D Corso     jcorso@cooneycorso.com

- Richard M. Fogel     rfogel@shawfishman.com

- Patrick S Layng     USTPRegion11.ES.ECF@usdoj.gov

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| 4ACCESS COMMUNICATIONS | ) | Case No. 11-07394 |
| COMPANY, | ) | |
| | ) | Honorable Eugene R. Wedoff |
| Debtor. | ) | |
| | ) | Hearing Date:  June 3, 2014 |
| | ) | Hearing Time: 10:00 a.m. |

**NOTICE OF TRUSTEE'S MOTION TO APPROVE**
**FINAL REPORT, APPROVE AND AUTHORIZE PAYMENT OF**
**TRUSTEE FEE AND AUTHORIZE DISTRIBUTIONS TO CREDITORS**

Ira Bodenstein, the chapter 7 trustee (the "Trustee") of 4Access Communications, Inc. (the

"Trustee"), hereby moves the Court to approve the Final Report filed on April 7, 2014 [Dkt. No. 51],

approve and authorize the payment of the Trustee Fee in the amount of $4,608.85 requested therein,

and authorize the Trustee to make the distributions to the creditors referenced therein.

Respectfully submitted,

Dated: May 13, 2014                    /s/ Ira Bodenstein
                                       Ira Bodenstein, Chapter 7 Trustee
                                       of 4Access Communications, Inc.

Ira Bodenstein (#3126857)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL  60654
Telephone: (312) 541-0151