## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| 4ACCESS COMMUNICATIONS COMPANY, | ) ) | Case No. 11-07394 |
| | ) ) | Honorable Eugene R. Wedoff |
| Debtor. | ) | |
| | ) ) | Hearing Date: June 3, 2014 Hearing Time: 10:00 a.m. |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on June 3, 2014 **at 10:00 a.m.**, or as soon as counsel may be heard, I shall appear before the Honorable Eugene R. Wedoff, in Room 744 in the U.S. Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in his absence, before such other Judge who may be sitting in his place and stead, and shall then and there present the **Notice of Trustee's Motion to Approve Final Report, Approve and Authorize Payment of Trustee Fee and Authorize Distributions to Creditors,** a copy of which is hereby served upon you.

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

Ira Bodenstein (#3126857)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 541-0151

### CERTIFICATE OF SERVICE

Ira Bodenstein certifies that he caused to be served a true copy of the above and foregoing **Notice** and **Motion** upon the attached in the manner so indicated on this 13th day of May, 2014.

/s/ Ira Bodenstein

{10118-001 MOT A0374767.DOC}

Service List

## Mailing Information for Case 11-07394

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Lauren N. Beslow    Lauren.Beslow@quarles.com, Faye.Feinstein@quarles.com
- Ira Bodenstein    iratrustee@shawfishman.com, IL29@ecfcbis.com;cowens@shawfishman.com
- Ira Bodenstein    ibodenstein@shawfishman.com, cowens@shawfishman.com
- Jeffrey D Corso    jcorso@cooneycorso.com
- Richard M. Fogel    rfogel@shawfishman.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| 4ACCESS COMMUNICATIONS COMPANY, | ) ) | Case No. 11-07394 |
| | ) | |
| | ) | Honorable Eugene R. Wedoff |
| Debtor. | ) | |
| | ) | Hearing Date: June 3, 2014 |
| | ) | Hearing Time: 10:00 a.m. |

**NOTICE OF TRUSTEE'S MOTION TO APPROVE
FINAL REPORT, APPROVE AND AUTHORIZE PAYMENT OF
TRUSTEE FEE AND AUTHORIZE DISTRIBUTIONS TO CREDITORS**

Ira Bodenstein, the chapter 7 trustee (the "Trustee") of 4Access Communications, Inc. (the "Trustee"), hereby moves the Court to approve the Final Report filed on April 7, 2014 [Dkt. No. 51], approve and authorize the payment of the Trustee Fee in the amount of $4,608.85 requested therein, and authorize the Trustee to make the distributions to the creditors referenced therein.

Respectfully submitted,

Dated: May 13, 2014

*/s/ Ira Bodenstein*
Ira Bodenstein, Chapter 7 Trustee
of 4Access Communications, Inc.

Ira Bodenstein (#3126857)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
Telephone: (312) 541-0151

{10118-001 MOT A0374767.DOC}A0374767.DOC

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-07394-ERW
4Access Communications Company                                            Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: bchavez              Page 1 of 2              Date Rcvd: May 14, 2014
                              Form ID: pdf006            Total Noticed: 57

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2014.
```
db            #+4Access Communications Company,    One North LaSalle Street, Suite 2015,   Chicago, IL 60602-3968
16864999       ARRK Product development,    8880 Renco Rd.,    San Diego, CA 92121
16864998      +Aerotek Inc,    7301 Parkway Drive,    Hanover, MD 21076-1108,    Attn Julie Hassenplug
17221846      +Bansley & Keiner, LLP,    8745 W Higgins Road,    Suite 200,    Chicago, IL 60631-2784
16865005      +CORT SD,    5432 West Chester Road,    West Chester, OH 45069-2950
16865004      +CORT San Diego,    5432 West Chester Road,    West Chester, OH 45069-2950
17221847      +California Secretary of State,    1500 11th Street,    Sacramento, CA 95814-5701
16865006       Craig Duchossois Revocable Trust,    845 Larch Ave.,    Elmhurst, IL 60126-1196
16865007     ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
              (address filed with court: Dell Financial Services, L.P.,      One Dell Way,    Round Rock, TX 78682)
16865009      +DRH Strategic Consulting, Inc.,    6210 E. Cholla Place,    Paradise Valley, AZ 85253-3028
16865010      +Expeditors International,    1470 Exposition Way,    Suite 110,    San Diego, CA 92154-6659
16865011      +ExpertPlan, Inc.,    P.O. Box 62221,    Baltimore, MD 21264-2221
16865012       Fitch, Even, Tabin & Flannery,    120 South LaSalle Street, Suite 1600,    Chicago, IL 60603-3406
16865013      +Flexible Benefit Service Corp.,    10275 W. Higgins Road,    Suite 500,
               Des Plaines, IL 60018-3887
17959864       Florida Department of Revenue,    Bankruptcy Unit,    PO Box 6668,    Taahassee, FL 32314-6668
17504150       Franchise Tax Board,    Bankruptcy Section MS A340,    PO Box 2952,    Sacramento, CA 95812-2952
16865014      +Francis P. Hoffman Trust,    7577 Forest Beach,    Watervliet, MI 49098-8304
17556451       Hartford Fire Insurance Company,    Bankruptcy Unit T 1 55,    Hartford Plaza,    Hartford, CT 06115
16865016      +Ice Mountain,    P.O. Box 628,    Wilkes Barre, PA 18703-0628
17221849      +Illinois Secretary of State,    213 State Capitol,    Springfield, IL 62756-0001
16865017      +Integrated Excellence,    3000 Northwoods Parkway,    165,    Norcross, GA 30071-1545
16865018     #+Jan-Pro Cleaning Systems,    3377 Carmel Mountain Road,    Suite 200,    San Diego, CA 92121-1049
16865019      +Jett & Jones,    P.O. Box 45,    Santa Ynez, CA 93460-0045
16865020       Jones Day,    77 West Wacker Drive,    Chicago, IL 60601-1692
17221850      +Kentucky Secretary of State,    700 Capital Avenue,    Room 74,    Frankfort, KY 40601-3415
16865021       Ki Tat Industrial Corp.,    47 Hoi Yuen, Kwun Tong,    Kowloon, Hong Kong
16865022      +Levy Family Partners, LLP,    444 N. Michigan Ave.,    Chicago, IL 60611-3902
16865023      +Mark Birringer Trust,    1447 W. Culver,    Chicago, IL 60613-1917
16865025      +NMB Technologies Corp.,    9730 Independence Ave.,    Chatsworth, CA 91311-4323
16865024      +Nardi Investments,    414 N. Orleans Street,    Suite 310,    Chicago, IL 60654-4460
16865026      +One North LaSalle Property, LLC,    P.O. Box 3027,    Hicksville, NY 11802-3027
16865027      +Plexus China Sourcing Office,    55 Jewelers Park Drive,    Neenah, WI 54956-3768
17622711      +Plexus Corp.,    c/o Lauren Nachinson, Esq.,    Quarles & Brady LLP,
               300 N. LaSalle Street, Suite 4000,    Chicago, IL 60654-5427
16865028      +Pure Flo Water,    7737 Mission Gorge Road,    Santee, CA 92071-3399
16865029      +San Diego Gas & Electric,    8326 Century Park Court,    San Diego, CA 92123-1576
16865030       Sawnee Utilities,    543 Atlanta Highway,    Cumming, GA 30040-2701
17571495      +State of Delaware,    Division of Corporations,    Delaware Division of Corp,
               401 Federal Street  Ste 4,    Dover, DE 19901-3639
16865031      +Steven Davis,    2050 North Mohawk,    Chicago, IL 60614-4535
16865033      +Test Equity,    6100 Condor Drive,    Moorpark, CA 93021-2608
16865032       Test Equity,    Moorpark, CA 93021
16865034       The Hartford Insurance Group,    P.O. Box 2907,    Hartford, CT 06104-2907
16865035      +Tina Ste Marie,    3359 Mansfield Lane,    Snellville, GA 30039-4674
17442418      +UNITED PARCEL SERVICE,    c/o RMS Bankruptcy Recovery Services,    P.O. Box 4396,
               Timonium, Maryland 21094-4396
16865036      +UPS,    1400 S. Jefferson Street,    Chicago, IL 60607-5115
16865037       Val Popescu,    P.O. Box 559,    Rancho Santa Fe, CA 92067
16865039      +Village Property Holdings,    5450 McGinnis Village Rd.,    Suite 102,    Alpharetta, GA 30005-1743
16865038       Village Property Holdings,    Road, Suite 102,    Alpharetta, GA 30005
16865040     #+William Niemeyer,    1449 Nighthawk Pointe,    Naples, FL 34105-2789
16865041      +Woodland Financial Group,    701 Harger Road,    Oak Brook, IL 60523-1490
16865042      +XO Communications,    8871 Sandy Parkway,    Sandy, UT 84070-6428
16865043       XO Interactive,    P.O. Box 970205,    Dallas, TX 75397-0205
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16865000      +E-mail/Text: gl7768@att.com May 15 2014 00:47:39      AT&T,    P.O. Box 8100,
               Aurora, IL 60507-8100
16865002       E-mail/Text: gl7768@att.com May 15 2014 00:47:39      AT&T,    P.O. Box 105068,
               Atlanta, GA 30348-5068
16865001       E-mail/Text: gl7768@att.com May 15 2014 00:47:39      AT&T,    P.O. Box 105262,
               Atlanta, GA 30348-5262
17221848      +E-mail/Text: DOSDOC_BANKRUPTCY@STATE.DE.US May 15 2014 00:49:59         Delaware Secretary of State,
               401 Federal street,    Suite 4,    Dover, DE 19901-3639
19416928      +E-mail/Text: cio.bncmail@irs.gov May 15 2014 00:47:53
               Department of Treasury-Internal Revenue Service,     PO BOX 7346,    Philadelphia, PA 19101-7346
16865015       E-mail/Text: BANKRUPTCY@SOUTHSTARENERGY.COM May 15 2014 00:48:49        Georgia Natural Gas,
               P.O. Box 105445,    Atlanta, GA 30348-5445
                                                                                              TOTAL: 6
```

```
District/off: 0752-1                  User: bchavez                 Page 2 of 2                  Date Rcvd: May 14, 2014
                                      Form ID: pdf006               Total Noticed: 57
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16865008*    ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court: Dell Financial Services, LP,   One Dell Way,   Round Rock, TX 78682)
16865003     ##+Benchmark Law Group,   4445 Eastgate Mall,   Suite 200,   San Diego, CA 92121-1979
                                                                                           TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2014 at the address(es) listed below:
              Ira Bodenstein    on behalf of Debtor    4Access Communications Company
               ibodenstein@shawfishman.com, cowens@shawfishman.com
              Ira Bodenstein    on behalf of Trustee Ira  Bodenstein ibodenstein@shawfishman.com,
               cowens@shawfishman.com
              Ira Bodenstein    iratrustee@shawfishman.com,   IL29@ecfcbis.com;cowens@shawfishman.com
              Jeffrey D Corso    on behalf of Debtor    4Access Communications Company jcorso@cooneycorso.com
              Lauren N. Beslow    on behalf of Creditor    Plexus Corp. Lauren.Beslow@quarles.com,
               Faye.Feinstein@quarles.com
              Marylynne K Schwartz    on behalf of Trustee Ira  Bodenstein mschwartz@shawgussis.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard M. Fogel    on behalf of Trustee Ira  Bodenstein rfogel@shawfishman.com
                                                                                             TOTAL: 8
```