# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: 4ACCESS COMMUNICATIONS COMPANY     § Case No. 11-07394
                                          §
                                          §
Debtor(s)                                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $467,579.63           Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $25,670.80     Claims Discharged
                                                Without Payment: $1,680,264.18

Total Expenses of Administration: $15,842.72

---

3) Total gross receipts of $ 42,152.40 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,569.50 (see **Exhibit 2**), yielded net receipts of $40,582.90 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $474,891.86 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 25,052.82 | 25,052.82 | 15,842.72 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 205,644.49 | 1,081.85 | 1,081.85 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,021,161.99 | 1,172,302.10 | 906,263.98 | 24,588.95 |
| **TOTAL DISBURSEMENTS** | $2,021,161.99 | $1,877,891.27 | $932,398.65 | $41,513.52 |

4) This case was originally filed under Chapter 7 on February 24, 2011. The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/09/2014        By: /s/Ira Bodenstein
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Cash | 1129-000 | 10,510.72 |
| Accts receiveable schedule attached to petition. | 1121-000 | 6,130.77 |
| Office equipment, furnishings and supplies | 1129-000 | 9,249.80 |
| Bank of America Closed Account flexible spending | 1290-000 | 3,119.10 |
| State of California overpayment refund | 1224-000 | 67.77 |
| rental refund | 1290-000 | 71.87 |
| Chinese inventory | 1229-000 | 13,000.00 |
| Interest Income | 1270-000 | 2.37 |
| **TOTAL GROSS RECEIPTS** | | **$42,152.40** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Flexible Benefit Service Corporation | Payment for FSA reimbursments | 8500-002 | 638.88 |
| Clerk of the United States Bankruptcy Court | Deposit of unclaimed funds under 347 (a) Case # 11-07394 | 8500-002 | 930.62 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,569.50** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 17S | Plexus Corp. | 4110-000 | N/A | 474,891.86 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$474,891.86** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 4,608.85 | 4,608.85 | 0.00 |
| Popowcer Katten, Ltd | 3410-000 | N/A | 4,596.00 | 4,596.00 | 0.00 |
| Popowcer Katten, Ltd | 3420-000 | N/A | 5.25 | 5.25 | 0.00 |
| Chicago Appraisers Association | 3991-000 | N/A | 895.00 | 895.00 | 895.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 58.82 | 58.82 | 58.82 |
| The Bank of New York Mellon | 2600-000 | N/A | 3.50 | 3.50 | 3.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 41.80 | 41.80 | 41.80 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 73.34 | 73.34 | 73.34 |
| PC Rebuilders & Recyclers | 2420-000 | N/A | 250.00 | 250.00 | 250.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 68.96 | 68.96 | 68.96 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 70.73 | 70.73 | 70.73 |
| Expert Plan ,Inc | 2990-000 | N/A | 150.00 | 150.00 | 150.00 |
| Prime Pay | 2990-000 | N/A | 126.00 | 126.00 | 126.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 65.87 | 65.87 | 65.87 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 69.64 | 69.64 | 69.64 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| International Sureties,Ltd | 2300-000 | N/A | 27.00 | 27.00 | 27.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 62.92 | 62.92 | 62.92 |
| The Bank of New York Mellon | 2600-000 | N/A | 64.95 | 64.95 | 64.95 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 62.66 | 62.66 | 62.66 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 71.16 | 71.16 | 71.16 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 62.39 | 62.39 | 62.39 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 68.71 | 68.71 | 68.71 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 66.42 | 66.42 | 66.42 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 59.86 | 59.86 | 59.86 |
| The Bank of New York Mellon | 2600-000 | N/A | 72.73 | 72.73 | 72.73 |
| The Bank of New York Mellon | 2600-000 | N/A | 67.02 | 67.02 | 67.02 |
| Rabobank, N.A. | 2600-000 | N/A | 43.70 | 43.70 | 43.70 |
| Rabobank, N.A. | 2600-000 | N/A | 51.57 | 51.57 | 51.57 |
| International Sureties,Ltd | 2300-000 | N/A | 56.00 | 56.00 | 56.00 |
| Rabobank, N.A. | 2600-000 | N/A | 43.66 | 43.66 | 43.66 |
| Rabobank, N.A. | 2600-000 | N/A | 45.11 | 45.11 | 45.11 |
| Rabobank, N.A. | 2600-000 | N/A | 49.71 | 49.71 | 49.71 |
| Rabobank, N.A. | 2600-000 | N/A | 48.08 | 48.08 | 48.08 |
| Rabobank, N.A. | 2600-000 | N/A | 43.36 | 43.36 | 43.36 |
| Rabobank, N.A. | 2600-000 | N/A | 51.04 | 51.04 | 51.04 |
| Rabobank, N.A. | 2600-000 | N/A | 46.33 | 46.33 | 46.33 |
| Rabobank, N.A. | 2600-000 | N/A | 44.72 | 44.72 | 44.72 |
| Rabobank, N.A. | 2600-000 | N/A | 50.82 | 50.82 | 50.82 |
| Rabobank, N.A. | 2600-000 | N/A | 43.05 | 43.05 | 43.05 |
| Rabobank, N.A. | 2600-000 | N/A | 50.67 | 50.67 | 50.67 |
| Rabobank, N.A. | 2600-000 | N/A | 47.52 | 47.52 | 47.52 |
| International Sureties,Ltd | 2300-000 | N/A | 40.00 | 40.00 | 40.00 |
| Rabobank, N.A. | 2600-000 | N/A | 42.82 | 42.82 | 42.82 |
| McCormack Auction Company | 2500-000 | N/A | 2,000.00 | 2,000.00 | 2,000.00 |
| McCormack Auction Company | 3630-000 | N/A | 924.98 | 924.98 | 924.98 |
| Popowcer Katten Ltd. | 3410-000 | N/A | 4,596.00 | 4,596.00 | 4,596.00 |
| Popowcer Katten Ltd. | 3420-000 | N/A | 5.25 | 5.25 | 5.25 |
| Ira Bodenstein | 2100-000 | N/A | 4,608.85 | 4,608.85 | 4,608.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $25,052.82 | $25,052.82 | $15,842.72 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Franchise Tax Board | 5800-000 | N/A | 758.00 | 758.00 | 758.00 |
| 11 | State of Delaware | 5800-000 | unknown | 204,562.64 | 0.00 | 0.00 |
| 18 | Florida Department of Revenue | 5800-000 | N/A | 9.52 | 9.52 | 9.52 |
| 20P | Department of Treasury-Internal Revenue | 5800-000 | N/A | 314.33 | 314.33 | 314.33 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $205,644.49 | $1,081.85 | $1,081.85 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Aerotek Inc | 7100-000 | 23,520.00 | 23,520.00 | 23,520.00 | 561.81 |
| 2 | DRH Strategic Consulting, Inc. | 7100-000 | 12,500.00 | 6,250.00 | 6,250.00 | 149.29 |
| 3 | NMB Technologices Corp. | 7100-000 | 4,000.00 | 4,000.00 | 4,000.00 | 95.54 |
| 4 | Fitch, Even, Tabin & Flannery | 7100-000 | 1,843.40 | 1,843.40 | 1,843.40 | 44.03 |
| 5 | Sawnee Utilities | 7100-000 | 258.57 | 381.79 | 381.79 | 9.12 |
| 6 | One North LaSalle Property, LLC | 7100-000 | 22,326.39 | 254,359.40 | 3,034.78 | 3,034.78 |
| 7 | UNITED PARCEL SERVICE | 7100-000 | 1,137.43 | 2,014.62 | 2,014.62 | 48.12 |
| 9 | William Niemeyer | 7100-000 | 878,057.50 | 621,942.00 | 621,942.00 | 14,855.71 |
| 10 | Hartford Fire Insurance Company | 7100-000 | 1,244.20 | 1,316.00 | 1,316.00 | 31.43 |
| 12 | Francis P. Hoffman Trust | 7100-000 | 180,484.76 | 176,250.00 | 176,250.00 | 4,209.91 |
| 13 | Mark Birringer Trust | 7100-000 | 25,810.96 | 25,000.00 | 25,000.00 | 597.15 |
| 14 | Georgia Natural Gas | 7100-000 | 170.01 | 766.25 | 766.25 | 18.30 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 15 | Bansley & Keiner, LLP | 7100-000 | 1,975.00 | 1,975.00 | 1,975.00 | 47.17 |
| 16 | Benchmark Law Group | 7100-000 | 36,847.00 | 37,117.50 | 37,117.50 | 886.59 |
| 17U | Plexus Corp. | 7100-000 | 32,397.62 | 14,713.50 | 0.00 | 0.00 |
| 19 | Franchise Tax Board | 7200-000 | unknown | 823.58 | 823.58 | 0.00 |
| 20U | Department of Treasury-Internal Revenue | 7200-000 | N/A | 29.06 | 29.06 | 0.00 |
| NOTFILED | Levy Family Partners, LLP | 7100-000 | 180,487.26 | N/A | N/A | 0.00 |
| NOTFILED | Ki Tat Industrial Corp. | 7100-000 | 6,371.80 | N/A | N/A | 0.00 |
| NOTFILED | Jones Day | 7100-000 | 23,184.86 | N/A | N/A | 0.00 |
| NOTFILED | Integrated Excellence | 7100-000 | 24.95 | N/A | N/A | 0.00 |
| NOTFILED | Flexible Benefit Service Corp. | 7100-000 | 436.00 | N/A | N/A | 0.00 |
| NOTFILED | ExpertPlan, Inc. | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Ice Mountain | 7100-000 | 11.87 | N/A | N/A | 0.00 |
| NOTFILED | Jett & Jones | 7100-000 | 14,357.14 | N/A | N/A | 0.00 |
| NOTFILED | Jan-Pro Cleaning Systems | 7100-000 | 372.00 | N/A | N/A | 0.00 |
| NOTFILED | San Diego Gas & Electric | 7100-000 | 861.74 | N/A | N/A | 0.00 |
| NOTFILED | Woodland Financial Group | 7100-000 | 51,621.92 | N/A | N/A | 0.00 |
| NOTFILED | Village Property Holdings | 7100-000 | 14,008.00 | N/A | N/A | 0.00 |
| NOTFILED | XO Communications | 7100-000 | 12,896.59 | N/A | N/A | 0.00 |
| NOTFILED | Val Popescu | 7100-000 | 72,000.00 | N/A | N/A | 0.00 |
| NOTFILED | XO Interactive | 7100-000 | 5,930.05 | N/A | N/A | 0.00 |
| NOTFILED | Tina Ste Marie | 7100-000 | 135.00 | N/A | N/A | 0.00 |
| NOTFILED | Expeditors International | 7100-000 | 550.00 | N/A | N/A | 0.00 |
| NOTFILED | Pure Flo Water | 7100-000 | 144.21 | N/A | N/A | 0.00 |
| NOTFILED | Steven Davis | 7100-000 | 45,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Nardi Investments | 7100-000 | 180,484.76 | N/A | N/A | 0.00 |
| NOTFILED | Test Equity | 7100-000 | 229.86 | N/A | N/A | 0.00 |
| NOTFILED | Kentucky Secretary of State | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dell Financial Services, LP One Dell Way | 7100-000 | 5,729.73 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 84.44 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Secretary of State | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 349.01 | N/A | N/A | 0.00 |
| NOTFILED | CORT SD | 7100-000 | 1,807.61 | N/A | N/A | 0.00 |
| NOTFILED | AT&T | 7100-000 | 227.84 | N/A | N/A | 0.00 |
| NOTFILED | Craig Duchossois Revocable Trust | 7100-000 | 180,984.51 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | ARRK Product development | 7100-000 | 148.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,021,161.99 | $1,172,302.10 | $906,263.98 | $24,588.95 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-07394  **Trustee:** (330129)  Ira Bodenstein
**Case Name:** 4ACCESS COMMUNICATIONS COMPANY  **Filed (f) or Converted (c):** 02/24/11 (f)
 **§341(a) Meeting Date:** 04/08/11
**Period Ending:** 12/09/14  **Claims Bar Date:** 08/03/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Cash<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 5,150.00 | 5,150.00 | | 10,510.72 | FA |
| 2 | Deposit at Plexus for inventory (may include non<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 454,787.63 | 454,787.63 | | 0.00 | FA |
| 3 | Security deposit for lease with One North Lasall<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 5,192.00 | 5,192.00 | | 0.00 | FA |
| 4 | First Insurance Funding Corp., 450 Skokie Blvd.,<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 3,850.00 | 3,850.00 | | 0.00 | FA |
| 5 | Accts receiveable schedule attached to petition.<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 19,985.04 | 19,985.04 | | 6,130.77 | FA |
| 6 | Patents, copyrights and other intellectual prope<br>Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 7 | Office equipment, furnishings and supplies<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 40,000.00 | 40,000.00 | | 9,249.80 | FA |
| 8 | inventory of 5 new Orion terminals and 5 refurbi<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 3,750.00 | 3,750.00 | | 0.00 | FA |
| 9 | Bank of America Closed Account flexible spending  (u) | 0.00 | 0.00 | | 3,119.10 | FA |
| 10 | State of California overpayment refund  (u) | 0.00 | 0.00 | | 67.77 | FA |
| 11 | rental refund  (u) | 0.00 | 0.00 | | 71.87 | FA |
| 12 | Chinese inventory  (u) | 0.00 | 0.00 | | 13,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2.37 | FA |
| 13 | **Assets   Totals** (Excluding unknown values) | **$532,714.67** | **$532,714.67** | | **$42,152.40** | **$0.00** |

Printed: 12/09/2014 03:41 PM     V.13.20

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-07394  
**Case Name:** 4ACCESS COMMUNICATIONS COMPANY  

**Period Ending:** 12/09/14

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 02/24/11 (f)  
**§341(a) Meeting Date:** 04/08/11  
**Claims Bar Date:** 08/03/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

Closing out 401K plan and filing final return.  
Claim objections filed and concluded.  
TFR approved and filed 04/07/2014.  
TFR hearing 05/07/2014.

**Initial Projected Date Of Final Report (TFR):**   June 30, 2012         **Current Projected Date Of Final Report (TFR):**   April 7, 2014  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 11-07394 | | Trustee: | Ira Bodenstein (330129) |
|---|---|---|---|---|
| Case Name: | 4ACCESS COMMUNICATIONS COMPANY | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******10-65 - Checking Account |
| Taxpayer ID #: | **-***9236 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/09/14 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/10/11 | {5} | Orion Payment Systems, Inc | account receivable | 1121-000 | 22.00 | | 22.00 |
| 03/10/11 | {5} | Integrity Payment Systems | account receivable | 1121-000 | 33.00 | | 55.00 |
| 03/10/11 | {5} | Checkredi,AL | account receivable | 1121-000 | 35.50 | | 90.50 |
| 03/10/11 | {5} | EZ Check | account receivable | 1121-000 | 411.23 | | 501.73 |
| 03/10/11 | {5} | Cross Check, Inc | account receivable | 1121-000 | 427.62 | | 929.35 |
| 03/10/11 | {5} | Guardian/Metonova LLC | account receivable | 1121-000 | 2,361.42 | | 3,290.77 |
| 03/10/11 | {1} | Bank of America N.A. | Closed Bank Account | 1129-000 | 10,510.72 | | 13,801.49 |
| 03/23/11 | {5} | Transaction Technologies LLC | pre-petition account receivable | 1121-000 | 3.43 | | 13,804.92 |
| 03/23/11 | {5} | NPC | pre-petition account receivable | 1121-000 | 656.00 | | 14,460.92 |
| 03/23/11 | {5} | Fidelity Information Services | pre-petition account receivable | 1121-000 | 911.58 | | 15,372.50 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.07 | | 15,372.57 |
| 04/25/11 | {10} | State of California | Overpayment refund | 1224-000 | 49.00 | | 15,421.57 |
| 04/25/11 | {9} | Bank of America N.A. | Closed Bank Account | 1290-000 | 585.00 | | 16,006.57 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 16,006.69 |
| 05/13/11 | | McCormack Auction Company | Proceeds from sale of California office furniture and equipment | | 6,324.82 | | 22,331.51 |
| | {7} | | Gross proceeds            9,249.80 | 1129-000 | | | 22,331.51 |
| | | | Cost of sale               -2,000.00 | 2500-000 | | | 22,331.51 |
| | | | Auctioneer fee              -924.98 | 3630-000 | | | 22,331.51 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.16 | | 22,331.67 |
| 06/01/11 | {5} | Card Ware | account receivable | 1121-000 | 36.00 | | 22,367.67 |
| 06/01/11 | {5} | Card Ware | account receivable | 1121-000 | 36.00 | | 22,403.67 |
| 06/01/11 | {5} | Global E. Telecom Inc. | account receivable pre petition | 1121-000 | 1,182.49 | | 23,586.16 |
| 06/01/11 | {5} | Card Ware | Reversed Deposit 100006 2 account receivable | 1121-000 | -36.00 | | 23,550.16 |
| 06/09/11 | | To Account #**********1066 | Transfer to pay Chicago Appraisers Association per court order | 9999-000 | | 895.00 | 22,655.16 |
| 06/15/11 | {5} | Card Ware | account receivable pre-petition | 1121-000 | 50.50 | | 22,705.66 |
| 06/20/11 | {10} | State of California | Tax overpayment refund | 1224-000 | 18.77 | | 22,724.43 |
| 06/20/11 | {11} | Ice Mountain Spring Water Company | Refund from Ice Mountain rental | 1290-000 | 71.87 | | 22,796.30 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 22,796.48 |
| 07/20/11 | {12} | America II Electronics, Inc | Earnest money deposit on sale of Chinese inventory | 1229-000 | 2,500.00 | | 25,296.48 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.53 | 25,252.95 |
| 08/04/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.19 | | 25,253.14 |
| 08/30/11 | {12} | America II Electronics Inc | Final payment on sale of Chinese inventory | 1229-000 | 10,500.00 | | 35,753.14 |

Subtotals :        $36,691.67        $938.53

{} Asset reference(s)

Printed: 12/09/2014 03:41 PM    V.13.20

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-07394  
**Case Name:** 4ACCESS COMMUNICATIONS COMPANY  

**Taxpayer ID #:** **-***9236  
**Period Ending:** 12/09/14  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******10-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 35,753.35 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.82 | 35,694.53 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -1.73 | 35,696.26 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 35,696.53 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 73.34 | 35,623.19 |
| 10/21/11 | | To Account #**********1066 | Transfer to pay PC Rebuilders and One North LaSalle Properties per court orders entered 8/16/11 and 9/27/11 | 9999-000 | | 3,284.78 | 32,338.41 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 32,338.69 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 68.96 | 32,269.73 |
| 11/04/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 32,269.74 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.24 | | 32,269.98 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 70.73 | 32,199.25 |
| 12/09/11 | | To Account #**********1066 | Account Transfer to Pay for Year End W-2's | 9999-000 | | 126.00 | 32,073.25 |
| 12/19/11 | | To Account #**********1066 | Account Transfer | 9999-000 | | 150.00 | 31,923.25 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 31,923.52 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 65.87 | 31,857.65 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.27 | | 31,857.92 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 69.64 | 31,788.28 |
| 02/06/12 | | To Account #**********1066 | Account Transfer to pay pro-rata portion of 2012 Bond Premium | 9999-000 | | 27.00 | 31,761.28 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.92 | 31,698.36 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 64.95 | 31,633.41 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.66 | 31,570.75 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 71.16 | 31,499.59 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.39 | 31,437.20 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 68.71 | 31,368.49 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 66.42 | 31,302.07 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 59.86 | 31,242.21 |
| 10/07/12 | | From Account #**********1067 | Transfer to close account | 9999-000 | 1,541.82 | | 32,784.03 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 72.73 | 32,711.30 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 67.02 | 32,644.28 |
| 12/20/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033012988 20121220 | 9999-000 | | 32,644.28 | 0.00 |

Subtotals : $1,543.37 $37,296.51

{} Asset reference(s)   Printed: 12/09/2014 03:41 PM   V.13.20

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-07394 | | **Trustee:** | Ira Bodenstein (330129) |
| **Case Name:** | 4ACCESS COMMUNICATIONS COMPANY | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | ****-******10-65 - Checking Account |
| **Taxpayer ID #:** | **-***9236 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 12/09/14 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 38,235.04 | 38,235.04 | $0.00 |
| | | | Less: Bank Transfers | | 1,541.82 | 37,127.06 | |
| | | | **Subtotal** | | 36,693.22 | 1,107.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$36,693.22** | **$1,107.98** | |

{} Asset reference(s)     Printed: 12/09/2014 03:41 PM     V.13.20

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 11-07394  
**Case Name:** 4ACCESS COMMUNICATIONS COMPANY  

**Taxpayer ID #:** **-***9236  
**Period Ending:** 12/09/14  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******10-67 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/21/11 | {9} | Bank of America | Bank of America Closed Flexible Spending Account | 1290-000 | 2,534.10 | | 2,534.10 |
| 04/11/11 | | To Account #**********1066 | Account Transfer | 9999-000 | | 638.88 | 1,895.22 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,895.23 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,895.24 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,895.25 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 3.50 | 1,891.75 |
| 08/04/11 | Int | The Bank of New York Mellon | Interest Earned | 1270-000 | 0.01 | | 1,891.76 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,891.77 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,866.77 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,866.78 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,841.78 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,841.79 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,816.79 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,816.80 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,791.80 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,791.81 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,766.81 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,766.82 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,741.82 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,716.82 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,691.82 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,666.82 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,641.82 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,616.82 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,591.82 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,566.82 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,541.82 |
| 10/07/12 | | To Account #**********1065 | Transfer to close account | 9999-000 | | 1,541.82 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 2,534.20 | 2,534.20 | $0.00 |
| Less: Bank Transfers | | 0.00 | 2,180.70 | |
| **Subtotal** | | **2,534.20** | **353.50** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$2,534.20** | **$353.50** | |

{} Asset reference(s)

Printed: 12/09/2014 03:41 PM    V.13.20

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 11-07394  
**Case Name:** 4ACCESS COMMUNICATIONS COMPANY  
**Taxpayer ID #:** **-***9236  
**Period Ending:** 12/09/14

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******10-68 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)

Printed: 12/09/2014 03:41 PM    V.13.20

Case 11-07394   Doc 62   Filed 01/09/15   Entered 01/09/15 11:31:37   Desc Main
Document      Page 16 of 18

Exhibit 9

## Form 2

Page: 6

### Cash Receipts And Disbursements Record

**Case Number:** 11-07394  
**Case Name:** 4ACCESS COMMUNICATIONS COMPANY  

**Taxpayer ID #:** **-***9236  
**Period Ending:** 12/09/14  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******10-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/11/11 | | From Account #**********1067 | Account Transfer | 9999-000 | 638.88 | | 638.88 |
| 04/11/11 | 101 | Flexible Benefit Service Corporation | Payment for FSA reimbursments | 8500-002 | | 638.88 | 0.00 |
| 06/09/11 | | From Account #**********1065 | Transfer to pay Chicago Appraisers Association per court order | 9999-000 | 895.00 | | 895.00 |
| 06/09/11 | 102 | Chicago Appraisers Association | Art appraisal fee per court order entered 5/31/2011 | 3991-000 | | 895.00 | 0.00 |
| 10/21/11 | | From Account #**********1065 | Transfer to pay PC Rebuilders and One North LaSalle Properties per court orders entered 8/16/11 and 9/27/11 | 9999-000 | 3,284.78 | | 3,284.78 |
| 10/21/11 | 103 | PC Rebuilders & Recyclers | Remove computer equipment and clean hard drives per court order 8/16/2011 | 2420-000 | | 250.00 | 3,034.78 |
| 10/21/11 | 104 | One North LaSalle Property, LLC | Compromise Admin Rent per court order 9/27/2011 | 7100-000 | | 3,034.78 | 0.00 |
| 12/09/11 | | From Account #**********1065 | Account Transfer to Pay for Year End W-2's | 9999-000 | 126.00 | | 126.00 |
| 12/09/11 | 105 | Prime Pay | Year end W-2's Stopped on 12/28/11 | 2990-000 | | 126.00 | 0.00 |
| 12/19/11 | | From Account #**********1065 | Account Transfer | 9999-000 | 150.00 | | 150.00 |
| 12/21/11 | 106 | Expert Plan ,Inc | 401K Plan Amendment Fee for Termination | 2990-000 | | 150.00 | 0.00 |
| 12/28/11 | 105 | Prime Pay | Year end W-2's Stopped: check issued on 12/09/11 | 2990-000 | | -126.00 | 126.00 |
| 12/29/11 | 107 | Prime Pay | Year End W-2's | 2990-000 | | 126.00 | 0.00 |
| 02/06/12 | | From Account #**********1065 | Account Transfer to pay pro-rata portion of 2012 Bond Premium | 9999-000 | 27.00 | | 27.00 |
| 02/07/12 | 108 | International Sureties,Ltd | Pro-rata portion of 2012 bond premium | 2300-000 | | 27.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **5,121.66** | **5,121.66** | **$0.00** |
| | | | Less: Bank Transfers | | 5,121.66 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **5,121.66** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$5,121.66** | |

{} Asset reference(s)

Printed: 12/09/2014 03:41 PM    V.13.20

Exhibit 9

## Form 2

Page: 7

### Cash Receipts And Disbursements Record

**Case Number:** 11-07394  
**Case Name:** 4ACCESS COMMUNICATIONS COMPANY  
**Taxpayer ID #:** **-***9236  
**Period Ending:** 12/09/14  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/21/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 32,644.28 | | 32,644.28 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.70 | 32,600.58 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.57 | 32,549.01 |
| 02/12/13 | 11001 | International Sureties,Ltd | Percentage payment 2013 blanket bond | 2300-000 | | 56.00 | 32,493.01 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.66 | 32,449.35 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.11 | 32,404.24 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 49.71 | 32,354.53 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.08 | 32,306.45 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.36 | 32,263.09 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.04 | 32,212.05 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.33 | 32,165.72 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.72 | 32,121.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.82 | 32,070.18 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.05 | 32,027.13 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 50.67 | 31,976.46 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 47.52 | 31,928.94 |
| 02/04/14 | 11002 | International Sureties,Ltd | Percentage payment 2014 blanket bond | 2300-000 | | 40.00 | 31,888.94 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.82 | 31,846.12 |
| 06/03/14 | 11003 | Popowcer Katten Ltd. | Final compensation per dkt 55 order dted 5/7/14 | 3410-000 | | 4,596.00 | 27,250.12 |
| 06/03/14 | 11004 | Popowcer Katten Ltd. | Final expenses per dkt 55 order dted 5/7/14 | 3420-000 | | 5.25 | 27,244.87 |
| 06/04/14 | 11005 | Ira Bodenstein | Final Trustee Compensation DKT 59 6/4/2014 | 2100-000 | | 4,608.85 | 22,636.02 |
| 06/04/14 | 11006 | Franchise Tax Board | Final distribution approved 6/4/2014 | 5800-000 | | 758.00 | 21,878.02 |
| 06/04/14 | 11007 | Florida Department of Revenue | Final distribution approved 6/4/2014 | 5800-000 | | 9.52 | 21,868.50 |
| 06/04/14 | 11008 | Department of Treasury-Internal Revenue Service | Final distribution approved 6/4/2014 | 5800-000 | | 314.33 | 21,554.17 |
| 06/04/14 | 11009 | Aerotek Inc | Ref # 0004474883  Final distribution approved 6/4/2014 | 7100-000 | | 561.81 | 20,992.36 |
| 06/04/14 | 11010 | DRH Strategic Consulting, Inc. | Final distribution approved 6/4/2014 | 7100-000 | | 149.29 | 20,843.07 |
| 06/04/14 | 11011 | NMB Technologices Corp. | Ref # F044400 Final distribution approved 6/4/2014 | 7100-000 | | 95.54 | 20,747.53 |
| 06/04/14 | 11012 | Fitch, Even, Tabin & Flannery | Final distribution approved 6/4/2014 Stopped on 10/13/14 | 7100-001 | | 44.03 | 20,703.50 |
| 06/04/14 | 11013 | Sawnee Utilities | Ref # 2192660 Final distribution approved 6/4/2014 | 7100-000 | | 9.12 | 20,694.38 |
| 06/04/14 | 11014 | UNITED PARCEL SERVICE | Ref # 00002Y277X Final distribution approved | 7100-000 | | 48.12 | 20,646.26 |

Subtotals :     $32,644.28     $11,998.02

{} Asset reference(s)                                                                                                     Printed: 12/09/2014 03:41 PM    V.13.20

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 8

**Case Number:** 11-07394  
**Case Name:** 4ACCESS COMMUNICATIONS COMPANY  

**Taxpayer ID #:** **-***9236  
**Period Ending:** 12/09/14  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9166 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 6/14/2014 | | | | |
| 06/04/14 | 11015 | William Niemeyer | Final distibutioin appproved 6/4/2014 | 7100-000 | | 14,855.71 | 5,790.55 |
| 06/04/14 | 11016 | Hartford Fire Insurance Company | Ref # 8310765846 Final distribution approved 6/4/2014 | 7100-000 | | 31.43 | 5,759.12 |
| 06/04/14 | 11017 | Francis P. Hoffman Trust | Final distribution approved 6/4/2014 | 7100-000 | | 4,209.91 | 1,549.21 |
| 06/04/14 | 11018 | Mark Birringer Trust | Final distribution approved 6/4/2014 | 7100-000 | | 597.15 | 952.06 |
| 06/04/14 | 11019 | Georgia Natural Gas | Ref # 001747686-1770241 Final distribution approved 6/4/2014 | 7100-000 | | 18.30 | 933.76 |
| 06/04/14 | 11020 | Bansley & Keiner, LLP | Final distribution approved 6/4/2014 | 7100-000 | | 47.17 | 886.59 |
| 06/04/14 | 11021 | Benchmark Law Group | Final distribution approved 6/4/2014 Stopped on 10/13/14 | 7100-001 | | 886.59 | 0.00 |
| 10/13/14 | 11012 | Fitch, Even, Tabin & Flannery | Final distribution approved 6/4/2014 Stopped: check issued on 06/04/14 | 7100-001 | | -44.03 | 44.03 |
| 10/13/14 | 11021 | Benchmark Law Group | Final distribution approved 6/4/2014 Stopped: check issued on 06/04/14 | 7100-001 | | -886.59 | 930.62 |
| 10/15/14 | 11022 | Clerk of the United States Bankruptcy Court | Deposit of unclaimed funds under 347 (a) Case # 11-07394 | 8500-002 | | 930.62 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 32,644.28 | 32,644.28 | **$0.00** |
| | | | Less: Bank Transfers | | 32,644.28 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **32,644.28** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$32,644.28** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****-******10-65** | 36,693.22 | 1,107.98 | 0.00 |
| **Checking # ****-******10-67** | 2,534.20 | 353.50 | 0.00 |
| **MMA # ****-******10-68** | 0.00 | 0.00 | 0.00 |
| **Checking # ****-******10-66** | 0.00 | 5,121.66 | 0.00 |
| **Checking # ******9166** | 0.00 | 32,644.28 | 0.00 |
| | **$39,227.42** | **$39,227.42** | **$0.00** |

{} Asset reference(s)